AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:97CR00015-FVS-1 |
| Tony Darvis Calhoun ) | USM No: 08776-085 |
| ) | |
| Date of Previous Judgment: 09/03/1997 ) | Tracy Arlene Staab |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __188__ months **is reduced to** __180__.

Defendant's Motion to Modify Sentence pursuant to Title 18 USC Section 3582(c)(2) and United States Sentencing Guideline Section 1(b)1.10(c).  Court Record 60 is GRANTED in part.

Except as provided above, all provisions of the judgment dated __09/03/1997__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 9/22/2008                                s/Fred Van Sickle
                                                                  Judge's signature

Effective Date: 9/22/2008           The Honorable Fred L. Van Sickle   Senior Judge, U.S. District Court
(if different from order date)                                 Printed name and title